```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   JOHN D. KIM,                                             :
                                                            :
                     Plaintiff,                             :    24-CV-7022 (VEC) (RWL)
                                                            :
           - against -                                      :
                                                            :    ORDER
   CITY OF NEW YORK,                                        :
                                                            :
                     Defendant.                             :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As Plaintiff has filed his opposition to Defendant's motion to dismiss earlier than anticipated, Defendants shall file their reply by **March 21, 2025**, rather than the currently scheduled later date.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 3, 2025
New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

John D. Kim
1646 Dekalb Ave
Apt. 2L
Brooklyn, New York 11237