UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                       :

JOHN D. KIM,                     :

         Plaintiff,           :       24-CV-7022 (VEC) (RWL)

    - against -           :

                       :            **ORDER**
CITY OF NEW YORK,        :

        Defendant.      :

------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed at the case management conference held via Microsoft Teams on April 13, 2026, the parties shall cooperate in trying to settle the case within the next 30 days.  By **May 13, 2026**, the parties shall file a joint letter updating the Court on settlement status and indicating if they would like a settlement conference with Magistrate Judge Lehrburger, referral to the District's mediation program, or another path.

                       SO ORDERED.

                       _____
                       ROBERT W. LEHRBURGER
                       UNITED STATES MAGISTRATE JUDGE

Dated: April 13, 2026
New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

John D. Kim
1646 Dekalb Ave
Apt. 2L
Brooklyn, New York 11237