UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                       :

JOHN D. KIM,                     :

           Plaintiff,        :        24-CV-7022 (VEC) (RWL)

      - against -       :

CITY OF NEW YORK,      :       **ORDER**

          Defendant.    :

--------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties are reminded that discovery disclosures and requests should not be filed on the docket but instead are to be only served on each other.  If a party files a motion for which the discovery requests or disclosures are relevant, the party may of course include the document(s) as an exhibit.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 4, 2026
New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

John D. Kim
1646 Dekalb Ave
Apt. 2L
Brooklyn, New York 11237

1