UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JOHN D. KIM,

Plaintiff,

- against -

CITY OF NEW YORK,

Defendant.

-------------------------------------------------------------X

24-CV-7022 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

So that the parties may focus on settlement discussions, all scheduled dates are adjourned for a period of two months. Accordingly, the first due date, which is July 31, 2026, will now be **September 30, 2026**.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 29, 2026
New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

John D. Kim
1646 Dekalb Ave
Apt. 2L
Brooklyn, New York 11237